IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3038 |
| vs. | |
| MIGUEL RAMIREZ, | ORDER |
| Defendant. | |

The court previously held that the no condition or combination of conditions of release will reasonably assure Defendant's appearance at court proceedings and the safety of the community if Defendant was released. (Filing No. 13). The court finds the Defendant's proposed plan for release to treatment, (Filing No. 19), does not sufficiently ameliorate those risks. Specifically, Defendant has an extensive history of bond violations and failures to appear at hearings. Release to a drug treatment facility will not provide the confinement necessary to reasonably assure Defendant's appearance at court hearings.

Accordingly,

IT IS ORDERED that Defendant's motion for release to treatment, (Filing No. 19), is denied.

June 14, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge